# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SCOTT SEDORE,

    Plaintiff,

v.

HEIDI WASHINGTON, et al.,

    Defendants.

_____/

Case No. 23-10647
Honorable Jonathan J.C. Grey

**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS JOHN DOE DEFENDANTS AND DENY PLAINTIFF'S MOTION FOR A CASE MANAGEMENT ORDER (ECF No. 54)**

Pro se plaintiff Scott Sedore filed this 42 U.S.C. § 1983 lawsuit against numerous defendants, including a group of unidentified "John Does." (ECF No. 1.) This matter comes before the Court on Magistrate Judge Patricia T. Morris' Report and Recommendation dated November 7, 2023. (ECF No. 54.) In the Report and Recommendation, Magistrate Judge Morris recommends that the Court dismiss the unidentified John Doe defendants in Sedore's complaint and deny Sedore's motion for a "case management order" (ECF No. 24). (*Id.*) No party has filed an objection to the Report and Recommendation.

1

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated November 7, 2023 (ECF No. 54) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that the unidentified John Doe defendants are **DISMISSED WITHOUT PREJUDICE** and Sedore's motion for a "case management order" (ECF No. 24) is **DENIED**.

**SO ORDERED**.

Dated: December 18, 2023

s/Jonathan J.C. Grey
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 18, 2023.

                                      s/ S. Osorio
                                      Sandra Osorio
                                      Case Manager