# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SCOTT SEDORE,

    Plaintiff,                                    Case No. 23-10647

v.                                                 Honorable Jonathan J.C. Grey

HEIDI WASHINGTON, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF No. 56)

Pro se plaintiff Scott Sedore filed this 42 U.S.C. § 1983 lawsuit against numerous defendants, alleging violations of his Eighth Amendment rights and Title II of the Americans with Disabilities Act. (ECF No. 1, PageID.4–6, 9–11.) This matter comes before the Court on Magistrate Judge Patricia T. Morris' Report and Recommendation dated November 13, 2023 (the "R&R") (ECF No. 56) related to Sedore's motion for default judgment against defendant Doctor Charles Jamsen. (ECF No. 43) In the R&R, Magistrate Judge Morris recommends that the Court deny Sedore's motions for default judgment. (*Id.*) Sedore did not file an objection to the R&R.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons in the R&R.

Finding no error in the Magistrate Judge's November 13, 2023 Report and Recommendation, the Court adopts the Report and Recommendation (ECF No. 56) in its entirety.

For the reasons stated above,

**IT IS ORDERED** that the Report and Recommendation dated November 13, 2023 (ECF No. 56) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**SO ORDERED**.

Dated: April 3, 2024

s/Jonathan J.C. Grey
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 3, 2024.

                                      s/ S. Osorio
                                     Sandra Osorio
                                     Case Manager