# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SCOTT SEDORE #210661,

    Plaintiff,

v.

HEIDI WASHINGTON, *ET AL.*,

    Defendants.

Case No. 2:23-cv-10647

Hon. Jonathan J.C. Grey

Mag. Judge Patricia T. Morris

---

| | |
|---|---|
| THE KIENBAUM LAW GROUP, P.C.<br>Flora Ujkic (P87512)<br>Attorney for Plaintiff<br>21 Kercheval Ave., Ste. 240<br>Grosse Pointe Farms, MI 48236-3664<br>(313) 967-0700; Fax (313) 967-0244<br>flora@ksklaw.com<br><br>CHAPMAN LAW GROUP<br>Nicholas Pillow (P83927)<br>Attorney for Def. Jamsen<br>1441 W. Long Lake Rd., Ste. 310<br>Troy, MI 48098<br>(248) 644-6326<br>npillow@chapmanlawgroup.com | MICH. DEPT. OF ATTORNEY GENERAL<br>CORRECTIONS DIVISION<br>O.G. Reasons (P80463)<br>Ryanne Rizzo (P83838)<br>Assistant Attorneys General<br>Attorneys for Defendants MDOC &<br>Washington<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>reasonso@michigan.gov<br>rizzor1@michigan.gov |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW MOTIONS FOR SUMMARY JUDGMENT (ECF NOS. [99], [100], AND [103])

NOW COMES Plaintiff, Scott Sedore, by and through his counsel, THE KIENBAUM LAW GROUP, PC, and motions to withdraw Plaintiff's Motions for Summary Judgement (ECF Nos. [99], [100], and [103]) without prejudice. Consistent with LR 7.1(a), concurrence as to the relief requested was sought and

received at the teleconference, attended by counsel for all parties, held before this honorable Court on December 16, 2024.

                                            Respectfully submitted,

                                            /s/ Flora Ujkic
                                            Flora Ujkic (P87512)
                                            The Kienbaum Law Group, PC
                                            Attorney for Plaintiff
                                            21 Kercheval Ave., Ste. 240
                                            Grosse Pointe Farms, MI 48236
                                            (313) 967-0700; Fax (313) 967-0244
Date: December 18, 2024                 flora@ksklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                            Respectfully submitted,

                                            /s/ Flora Ujkic
                                            Flora Ujkic (P87512)
                                            The Kienbaum Law Group, PC
                                            Attorney for Plaintiff
                                            21 Kercheval Ave., Ste. 240
                                            Grosse Pointe Farms, MI 48236
                                            (313) 967-0700; Fax (313) 967-0244
Date: December 18, 2024                 flora@ksklaw.com